584 A.2d 238

IN THE MATTER OF THE DISCLOSURE STATEMENTS FILED BY AMERICAN REF–FUEL COMPANY OF BERGEN COUNTY AND AMERICAN REF–FUEL COMPANY OF ESSEX COUNTY.

May 30, 1990.

Petition for certification denied.